AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

| | | |
|---|---|---|
| United States of America<br>v.<br><br>DAVID MENDOZA-ENRIQUEZ, a.k.a. "Cholo,"<br><br>_Defendant_ | ) ) ) ) ) ) ) | Case No. CR 24-0034 MLG |

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 12 2024

MITCHELL R. ELFERS
CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ **DAVID MENDOZA-ENRIQUEZ**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 371: Conspiracy.

Date: 01/09/2024

_N. Maestas_
_Issuing officer's signature_

City and state: Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 1/10/2024, and the person was arrested on _(date)_ 1/11/2024 at _(city and state)_ Albuquerque, NM. |
| Date: 1/12/2024 |
| _[signature]_<br>Arresting officer's signature |
| ROBERT [illegible] SDUSM<br>Printed name and title |
| Already in USMS Custody |